1  John S. Delikanakis
   Nevada Bar No. 5928
2  Adam Tully
   Nevada Bar No. 13601
3  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
4  Las Vegas, NV 89169
   Telephone: 702.784.5200
5  Facsimile: 702.784.5252
   Email: jdelikanakis@swlaw.com
6  Email: atully@swlaw.com

7  *Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM TSUMPES, AN INDIVIDUAL D/B/A T-ENERGY, | Case No. 2:17-CV-00393-APG-CWH |
| Plaintiff, | **SUBSTITUTION OF COUNSEL** |
| vs. | |
| T3 MOTION, INC., A DELAWARE CORPORATION. | |
| Defendant. | |

NOTICE IS GIVEN that Plaintiff William Tsumpes d/b/a T-ENERGY ("Plaintiff") hereby substitutes John S. Delikanakis, Esq., of the law firm Snell & Wilmer L.L.P., to represent it in the above-entitled matter in the place and stead of the law firm of Leah Martin Law.

All future correspondence, notices, and pleadings are to be directed to John S. Delikanakis, Esq., of Snell & Wilmer L.L.P., at 3883 Howard Hughes Parkway, Suite 1100 Las Vegas, NV 89169, telephone (702) 784-5200 and facsimile (702) 784-5252.

/ / /

/ / /

/ / /

/ / /

/ / /

4832-0974-2918.2

DATED this 6th day of April, 2017.

I hereby consent to the above substitution.

By: _____
William Tsumpes
*Plaintiff*

DATED this _____ day of April, 2017.

I hereby consent to the above substitution.

**Leah Martin Law**

By: _____
Leah A. Martin, Esq.
Melissa Ingleby, Esq.
6671 S. Las Vegas Blvd., Suite D-210
Las Vegas, NV 89119

DATED this 6th day of April, 2017.

**Snell & Wilmer L.L.P.**

By: _____
John S. Delikanakis, Esq.
Adam Tully, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

4832-0974-2918.2

- 2 -

1  DATED this ____ day of April, 2017.

2  I hereby consent to the above substitution.

4  By: _____
   William Tsumpes
   *Plaintiff*

6  DATED this 6th day of April, 2017.

7  I hereby consent to the above substitution.

**Leah Martin Law**

10 By: _____
   Leah A. Martin, Esq.
   Melissa Ingleby, Esq.
   6671 S. Las Vegas Blvd., Suite D-210
   Las Vegas, NV 89119

13 DATED this 6th day of April, 2017.

**Snell & Wilmer L.L.P.**

16 By: _____
   John S. Delikanakis, Esq.
   Adam Tully, Esq.
   3883 Howard Hughes Parkway, Suite 1100
   Las Vegas, Nevada 89169

IT IS SO ORDERED.

DATED:  April 7, 2017

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

4832-0974-2918.2

-2-

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **SUBSTITUTION OF COUNSEL** by the method indicated below:

| | | | |
|---|---|---|---|
| XXXXX | Electronic Service (CM/ECF) | _____ | Federal Express |
| _____ | U.S. Mail | _____ | U.S. Certified Mail |
| _____ | Facsimile Transmission | _____ | Hand Delivery |
| _____ | Email Transmission | _____ | Overnight Mail |

and addressed to the following:

Allison R. Schmidt, Esq.
Allison R Schmidt Esq. LLC
8465 W. Sahara Ave
Suite 111-504
Las Vegas, NV 89117
Telephone: (702) 387-7222

*Attorney for Defendant*

DATED this 6th day of April, 2017.

/s/ Jonyal C. Stephenson
An Employee of Snell & Wilmer L.L.P.

- 3 -

4832-0974-2918.2