Allison R. Schmidt, Esq.
Nevada Bar No. 10743
ALLISON R. SCHMIDT ESQ. LLC
8465 W. SAHARA AVE.
Suite 111-504
Las Vegas, Nevada 89117
Phone: (702) 387-7222
Fax: (702) 387-7222
Email: Allison@nevadaslawyers.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM TSUMPES, an individual d/b/a T-Energy,<br><br>Plaintiff,<br><br>v.<br><br>T3 MOTION, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 2:17-cv-00393-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO OPPOSITION TO MOTION TO DISMISS [ECF NO 17] (FIRST REQUEST)** |

Defendant T3 Motion, Inc. (now known as T3M Inc.) ("T3" or "Defendant"), in T IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff William Tsumpes, an individual d/b/a T-Energy and Defendant T3 Motion, now known as T3M Inc. that the due date for T3M Inc. to file and serve a response to Tsumpes' Opposition to Motion to Dismiss [ECF NO. 17], filed on April 28, 2017 should be extended by 14 days from Friday, May 5, 2017, until and including Friday, **May 19, 2017**. There is no hearing date presently set on the motion.

. . .

. . .

1

There have been no previous extensions granted as to this deadline, and the request is not intended for the purpose of delay. Plaintiff requests the extension in order to further evaluate the arguments raised in the opposition.

Dated this 3rd day of May, 2017     Dated this 3rd day of May, 2017

SNELL & WILMER L.L.P.     ALLISON R SCHMIDT ESQ. LLC

*/s/ John S. Delikanakis*     */s/Allison R. Schmidt*
John S. Delikanakis, Esq.     Allison R. Schmidt, Esq.
Adam Tully, Esq.     8465 W. Sahara Ave., Suite 111-504
3883 Howard Hughes Parkway, Suite 1100     Las Vegas, NV 89117
Las Vegas, NV 89169

*Attorneys for Plaintiff William Tsumpes d/b/a T-Energy*     *Attorney for Defendant T3 Motion, Inc.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: May 8, 2017.