John S. Delikanakis
Nevada Bar No. 5928
Adam Tully
Nevada Bar No. 13601
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: jdelikanakis@swlaw.com
Email: atully@swlaw.com

*Attorneys for Plaintiff William Tsumpes
d/b/a T-Energy*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| William Tsumpes, an Individual d/b/a T-Energy,<br><br>Plaintiff,<br><br>vs.<br><br>T3 Motion, Inc., a Delaware Corporation,<br><br>Defendant. | Case No. 2:17-CV-00393-APG-CWH<br><br>**STIPULATION AND ORDER [PROPOSED] TO STAY DISCOVERY PENDING RESOLUTION OF DEFENDANT'S MOTION TO DISMISS** |

Plaintiff William Tsumpes, an Individual d/b/a T-Energy ("Tsumpes") and Defendant T3 Motion, Inc. ("T3"), by and through the undersigned counsel, hereby stipulate as follows:

WHEREAS, on March 17, 2017, T3 filed a Motion to Dismiss or, Alternatively, to Transfer [ECF No. 9], based on improper venue, the first to file rule, and/or forum non conveniens;

WHEREAS, on April 27, 2017, counsel for the parties met via telephone in accordance with Rule 26(f), during which the parties agreed to stay discovery pending resolution of Defendant's Motion to Dismiss or, Alternatively, to Transfer [ECF No. 9];

WHEREAS, on April 28, 2017, Tsumpes filed his Opposition to the Motion to Dismiss [ECF No. 17];

WHEREAS good cause exists for the requested stay because (1) the discovery stay would promote judicial economy, allow the parties to avoid potentially unnecessary discovery, and

reduce the parties' costs. *Johnson v. Cheryl*, No. 2:11-CV-00291-JCM-CWH, 2013 WL 129383, at *4 (D. Nev. 2013); *Aguirre v. S. Nevada Health Dist.*, No. 2:13-CV-01409-LDG-CWH, 2013 WL 6865710, at *2 (D. Nev. Dec. 30, 2013) (quoting *Wagh v. Metris Direct, Inc.*, 363 F.3d 821, 829 (9th Cir. 2003))]; and (2) **w**hen a pending motion raises a threshold legal issue that "do[es] not require further discovery and [is] potentially dispositive of the entire case," this Court has not hesitated to approve a stay of discovery [Yung Lo, 2014 WL 794205, at *3; Aguirre, 2013 WL 6865710, at *2; *Thrash v. Towbin Motor Cars*, No. 2:13-CV-01216-MMD-CWH, 2013 WL 5969829, at *2 (D. Nev. Nov. 7, 2013); *Kidneigh v. Tournament One Corp.*, No. 2:12-CV-02209-APG-CWH, 2013 WL 1855764, at *2 (D. Nev. May 1, 2013)];

WHEREAS this request is not made for purposes of delay and is supported by good cause;

WHEREAS, if the Court denies the requested discovery stay, the parties will submit a Joint Report, including a proposed Discovery Plan, pursuant to Rule 26(f).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 2 -

71211.00002\TULLY, ADAM\4815-0371-8471.5

1   NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, as follows:

Discovery in this matter shall be stayed pending this Court's resolution of T3's Motion to Dismiss [ECF No. 9].

Dated this 8th day of May, 2017.                    Dated this 8th day of May, 2017.

SNELL & WILMER L.L.P.                               ALLISON R. SCHMIDT ESQ. LLC

*/s/    John S. Delikanakis*                        */s/    Allison R. Schmidt*
John S. Delikanakis                                 Allison R. Schmidt
Nevada Bar No. 5928                                 Nevada Bar No. 10743
Adam Tully                                          8465 W. Sahara Ave., Suite 111-504
Nevada Bar No. 13601                                Las Vegas, NV 89117
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

*Attorney for Defendant T3 Motion, Inc.*

*Attorneys for Plaintiff William Tsumpes
d/b/a T-Energy*

IT IS SO ORDERED.
IT IS FURTHER ORDERED that if the motion to dismiss or, alternatively, to transfer (ECF No. 9) is denied, the parties must meet and confer and file a stipulated discovery plan within 21 days of the date of the order on the motion.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 10, 2017

Respectfully submitted by:
SNELL & WILMER L.L.P.

*/s/    John S. Delikanakis*
John S. Delikanakis
Nevada Bar No. 5928
Adam Tully
Nevada Bar No. 13601
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

*Attorneys for Plaintiff William Tsumpes
d/b/a T-Energy*

- 3 -

71211.00002\TULLY, ADAM\4815-0371-8471.5