# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WILLIAM TSUMPES, | Case No. 2:17-cv-00393-APG-CWH |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION TO DISMISS WITHOUT PREJUDICE** |
| T3 MOTION, INC., | (ECF No. 9) |
| Defendant. | |

In light of the suggestion of bankruptcy (ECF No. 23),

IT IS ORDERED that the defendant's motion to dismiss **(ECF No. 9) is DENIED without prejudice**.

IT IS FURTHER ORDERED that the parties shall file a status report regarding the bankruptcy proceedings on or before April 10, 2018, and every 180 days thereafter.

DATED this 12th day of October, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE