# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM TSUMPES d/b/a T-ENERGY, | |
| Plaintiff, | Case No. 2:17-cv-00393-APG-CWH |
| vs. | **ORDER** |
| T3 MOTION, INC., | |
| Defendant. | |

Presently before the court is attorneys John S. Delikanakis and Adam Tully's motion to withdraw as attorneys for plaintiff William Tsumpes (ECF No. 25), filed on January 12, 2018. No responses to the motion were filed.

Tsumpes' attorneys move to withdraw, arguing that they have not been paid for their services for several months and that it would be an unreasonable financial burden for them to continue representing Tsumpes. The motion includes a certificate of service stating that a copy of the motion was served on Tsumpes by United States mail on January 12, 2018. Tsumpes did not oppose the motion, which constitutes a consent to the granting of the motion under Local Rule 7-6(d).

Having reviewed and considered the motion, and good cause appearing, the court will grant the motion to withdraw. Tsumpes must file a notice advising the court whether he will represent himself or proceed pro se by February 20, 2018. Tsumpes is advised that unless and until he retains a new attorney, he is responsible for all deadlines in this case.

IT IS THEREFORE ORDERED that John S. Delikanakis and Adam Tully's motion to withdraw as attorneys for plaintiff William Tsumpes (ECF No. 25) is GRANTED.

///

1 　　　　IT IS FURTHER ORDERED that Mr. Delikanakis and Mr. Tully must serve a copy of this order, as well as Judge Gordon's order (ECF No. 24) dated October 12, 2017, which includes upcoming case deadlines, on Tsumpes and must file proof of that service by February 2, 2018.

　　　　IT IS FURTHER ORDERED that on or before February 20, 2018, Tsumpes must file a written notice stating whether he intends to represent himself in this case. This requirement will be automatically vacated if a new attorney enters an appearance on behalf of Tsumpes by February 20, 2018.

　　　　IT IS FURTHER ORDERED that the clerk of court must update the docket sheet with Tsumpes' last known address as follows:

> William Tsumpes
> PO Box 79546
> Corona, CA 92877

DATED: January 29, 2018

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**