# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM TSUMPES d/b/a T-ENERGY, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:17-cv-00393-APG-CWH |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| T3 MOTION, INC., ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on plaintiff William Tsumpes' failure to comply with the court's order (ECF No. 26), dated January 19, 2018. In that order, the court required Tsumpes to file a notice advising the court whether he will represent himself or proceed pro se by February 20, 2018. Tsumpes did not comply with that order. By March 29, 2018, Tsumpes must file a written notice stating whether he intends to represent himself in this case. This requirement will be automatically vacated if a new attorney enters an appearance on behalf of Tsumpes by March 29, 2018. Failure to comply with this order will result in the issuance of an order to show cause.

IT IS SO ORDERED.

DATED: March 8, 2018

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**