# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILLIAM TSUMPES, | Case No. 2:17-cv-00393-APG-CWH |
| Plaintiff, | |
| v. | **ORDER FOR STATUS REPORT** |
| T3 MOTION, INC., | |
| Defendant. | |

In light of the suggestion of bankruptcy (ECF No. 23), I ordered the parties to file a status report regarding the bankruptcy proceedings on or before April 10, 2018, and every 180 days thereafter. ECF No. 24. The parties did not file a status report as directed.

IT IS THEREFORE ORDERED that the parties shall file a status report on or before June 22, 2018.

DATED this 4th day of June, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE