Craig P. Orrock-Defendant
Appearing Pro Se
63 E 11400 S No. 274
Sandy, Utah 84070
Phone: 702-491-6961
Email: craigorrock@gmail.com

FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 3 0 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA ) | 2: 16-CR-00111-JAD-CWH |
|---|---|
| Plaintiff ) | |
| ) | DEFENDANT'S CERTIFICATION |
| vs. ) | CONCERNING ELECTRONIC FILING |
| ) | PROCEDURES |
| CRAIG ORROCK ) | |
| Defendant ) | |

Craig P Orrock, the Defendant in this matter, appearing Pro Se in the above entitled case previously filed a motion to be allowed to use the courts electronic filing system. (See ECF No. 97) filed May 31, 2018. The court ruled on July 20th 2018 that the Defendant would be allowed to use said system upon compliance with the order of the court if the Defendant certified that he has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices and the Civil and Criminal Events menu that are available on the court's website. (ECF No. 97).

The Defendant does herein certify that he has completed the training in the use of the CM/ECF electronic filing system procedures along with the Best Practices and Civil and Criminal Events Menu that are available on the court's web site. This certification is being prepared and filed prior to the deadline set by the court for compliance, of August 17, 2018.

1

The Defendant, upon the filing of this certification notice, shall contact the CM/ECF help desk to set up a CM/ECF account.

Date: 7/27/2018

_____
Craig Orrock --Defendant
Appearing Pro Se
63 E 11400 S Ste. 274
Sandy, Utah 84070
Ph: 702-491-6961
Email: craigorrock@gmail.com

CERTIFICATE OF SERVICE

I, HEREBY CERTIFY that the DEFENDANT'S CERTIFICATION CONCERNING ELECTRONIC FILNIG PROCEDURES was deposited into the US Mail on this 27TH day of JULY 2018, postage pre-paid to the following:

Erin S. Mellen
Trial Attorney-Dept. of Justice
501 Las Vegas Blvd. Suite 1100
Las Vegas, Nevada 89101
PH: 702-388-6336; Fax: 388-6418
Email: erin.s.mellen@usdoj.gov

Patrick Burns
Assistant US Attorney
501 Las Vegas Blvd. Suite 1100
Las Vegas, Nevada 89101PH: 702-388-6336; Fax: 388-6418
John P. Burns@usdog.gov

2

Date: 7/21/2016

Craig Orrock –Defendant
Appearing pro se
63 E 11400 S Ste. 274
Sandy, Utah 84070
Ph: 702-491-6961
Email: craigorrock@gmail.com

3

63 E 11400 S STE. 274
SANDY, UTAH 84070

$0.470
US POSTAGE
FIRST-CLASS
071V00682756
84070
000098114

SALT LAKE CITY
UT 840
27 A.M. '18
PM 3 L

UNITED STATES DISTRICT COURT
ATTN: COURT CLERK/ FOR FILING
333 LAS VEGAS BLVD.
LAS VEGAS, NV 89101

89101-706559