# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM TSUMPES,<br><br>  Plaintiff<br><br>v.<br><br>T3 MOTION, INC.,<br><br>  Defendant | Case No.: 2:17-cv-00393-APG-CWH<br><br>**Order for Status Report** |

IT IS ORDERED that the parties shall file a status report on or before February 28, 2019.

DATED this 6th day of February, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE